BRADLEY PACE (SBN 302510)
bpace@nicollblack.com
NICOLL BLACK ALTENBRUN & FEIG
50 California St., Suite 1500
San Francisco, CA 94111
Telephone:    408-419-1089

Attorneys for Petitioner
JASON LEGGITT, as owner of the Malibu motor
vessel, Hull Identification No. MB2S9035D616,
being approx. 23 ft. in length

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of Jason Leggitt, as owner of the Malibu motor vessel, Hull Identification No. MB2S9035D616, being approx. 23 ft. in length,<br><br>Petitioner in Limitation. | Case No. 2:26-cv-00532-WBS-CSK<br><br>**IN ADMIRALTY**<br><br>**ORDER OF INJUNCTION AND MONITION, AND APPROVAL OF AD INTERIM STIPULATION FOR VALUE AND COSTS, AND LETTER OF UNDERTAKING** |

WHEREAS a Complaint having been filed herein on the 20th day of February, 2026, pursuant to 46 U.S.C. §§ 30501 *et seq.*, 28 U.S.C. §§ 1331 & 1333, Rules 9(h) and 38(e) of Federal Rules of Civil Procedure, and Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Supplemental Admiralty Rules"), by Petitioner Jason Leggitt ("Petitioner"), as owner of the Malibu motor vessel, Hull Identification No. MB2S9035D616, being approx. 23 ft. in length, and her engines, tackle, apparel, etc. (hereinafter the "Vessel"), which was and now is duly documented under the laws of the State of California, praying for exoneration from or limitation of his liability in connection with a personal injury and/or death in San Joaquin County, California, which occurred on or about May 24, 2025, and for certain other relief; and

1

WHEREAS the Complaint states the alleged facts and circumstances upon which said exoneration and/or limitation are claimed under the aforementioned statutes and rules; and

WHEREAS, the value of Petitioner's interest in the Vessel immediately following the subject incident is alleged as worth One Hundred Ten Thousand Dollars ($110,000.00 USD), and American Modern Property and Casualty Company, as surety, pursuant to a Letter of Undertaking, consented and agreed to provide security for value and costs within the meaning of Rule F(l) of the Supplemental Admiralty Rules; and

WHEREAS Petitioner deposited with the Court, as security for the benefit of the claimants as required by Rule F(1) of the Supplemental Admiralty Rules, an Ad Interim Stipulation for Value and Letter of Undertaking in the sum of One Hundred Ten Thousand Dollars ($110,000.00 USD), plus security for costs ($1,000.00), with interest at the rate of 6% per annum from the date of security interest, said sum being not less than the amount or value of Petitioner's interest in the said Vessel; and

WHEREAS claims have been made and/or will be made against the Petitioner and against the Vessel for personal injury and/or death and/or other damages alleged to have incurred in consequence of the incident on or about May 24, 2025; and

WHEREAS Petitioner has applied for an order of injunction and monition pursuant to Rule F(3) and (4) of the Supplemental Admiralty Rules,

Now, on Petitioner's application, and good cause appearing thereon, IT IS HEREBY ORDERED:

That the Ad Interim Stipulation Regarding Security for Value and Costs of the Vessel and the Letter of Undertaking are approved; and

That pursuant to Rule F(3) of the Supplemental Admiralty Rules, all claims, suits, and proceedings against Petitioner or Petitioner's property with respect to the matter in question, to wit, the Vessel, shall cease; and

That pursuant to Rule F(4) of the Supplemental Admiralty Rules, notice shall issue out of and under the seal of this Court in the form filed herewith, entitled "Notice of Complaint for Exoneration From or Limitation of Liability," to all persons asserting claims with respect to which the complaint

2

seeks exoneration or limitation, admonishing them to file their respective claims, if at all, with the Clerk of the Court and to serve on the attorneys for the Petitioner a copy thereof within 30 days of the issuance of the Notice; and

That such public notice shall be published in The Record, a newspaper of general circulation in the City of Stockton and the County of San Joaquin, California, and that such Notice shall be published once a week for four (4) consecutive weeks prior to the date fixed for filing claims; and

That Petitioner shall, not later than the day of the second publication, also mail a copy of the Notice to every potential claimant and/or person known to have made any claim against the Petitioner and/or the Vessel arising out of the alleged incident, voyage or trip on or out of which the claims sought to be limited arose; and

That the continued prosecution of any and all civil suits, actions or proceedings which may already have begun against Petitioner in any civil court whatsoever to recover damages arising out of, or occasioned by, or consequent upon the aforesaid voyage or trip on which the incident occurred on or about May 24, 2025, during which a person may have been injured and/or died, and institution or prosecution of any civil suits, actions or legal proceedings of any nature description whatsoever in any civil court wheresoever, except in this proceeding for exoneration from or limitation of liability, against the Petitioner and/or Vessel, in respect of any claim or claims arising out of the aforesaid voyage or trip on which the Vessel, or otherwise subject to limitation proceeding, be and the same are hereby stayed and restrained; and

That the publication and mailing of copies of the Notice to Claimants, required by Rule F(4) of the Supplemental Admiralty Rules, shall constitute due notice to all persons asserting claims with respect to which said complaint seeks limitation or exoneration.

IT IS SO ORDERED

Dated:  March 30, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER OF INJUNCTION AND MONITION, AND APPROVAL OF AD INTERIM STIPULATION FOR VALUE AND COSTS, AND LETTER OF UNDERTAKING
Case No. 2:26-cv-00532-WBS-CS