BRAD PACE (SBN 302510)
bpace@nicollblack.com
NICOLL BLACK ALTENBRUN & FEIG
50 California St., Suite 1500
San Francisco, CA 94111
Telephone:    408-419-1089

Attorneys for Petitioner
JASON LEGGITT, as owner of the Malibu motor
vessel, Hull Identification No. MB2S9035D616,
being approx. 23 ft. in length

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Complaint of Jason Leggitt, as owner of the Malibu motor vessel, Hull Identification No. MB2S9035D616, being approx. 23 ft. in length,<br><br>Petitioner in Limitation. | Case No. 2:26-cv-00532-WBS-CSK<br><br>**IN ADMIRALTY**<br><br>**ORDER GRANTING *EX PARTE* APPLICATION FOR CONTINUANCE OF SCHEDULING CONFERENCE AND RELATED STATUS REPORT DEADLINE**<br><br>Complaint Filed:  February 20, 2026<br>Trial Date:  TBD |
| --- | --- |

Petitioner's *Ex Parte* Application for Continuance of the Scheduling Conference currently on this Court's calendar for June 15, 2026, at 1:30 p.m., is before the Court. Good cause appearing, the Application is GRANTED.

The Scheduling Conference set for June 15, 2026, at 1:30 p.m. is VACATED and RESET for **October 19, 2026, at 1:30 p.m.** The deadlines in Dkt. 5 are continued accordingly. Counsel shall meet and confer at least 21 days before the continued conference, and the joint status report shall be filed at least 14 days before the continued conference. If no claimant has appeared by then, Petitioner shall file a further request for continuance of the scheduling conference, as the court requires that a joint status report be filed.  Otherwise, a joint status report shall be filed no later than **October 5,**

ORDER GRANTING *EX PARTE* APPLICATION FOR CONTINUANCE OF SCHEDULING CONFERENCE
Case No. 2:26-cv-00532-WBS-CSK

**2026**, in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed February 23, 2026  (Docket No. 5).   All other provisions of Dkt. 5 remain in effect.

IT IS SO ORDERED.

Dated:  June 8, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER GRANTING *EX PARTE* APPLICATION FOR CONTINUANCE OF SCHEDULING CONFERENCE
Case No. 2:26-cv-00532-WBS-CSK