UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

IN THE MATTER OF THE COMPLAINT OF JASON LEGGITT AS OWNER OF THE MALIBU MOTOR VESSEL HULL IDENTIFICATION NO. MB2S9035D616, BEING APPROX. 23 FT. IN LENGTH,

Leggitt in Limitation,

No. 26-cv-532 WBS CSK

IN ADMIRALTY

ORDER STAYING PROCEEDINGS

----oo0oo----

On September 30, 2026, Claimant Amber Westbrook filed a Notice of Interlocutory Appeal (Docket No. 38) to the United States Court of Appeals for the Ninth Circuit from this court's September 4, 2026 order (Docket No. 33). Pursuant to 28 U.S.C. § 1292(a)(1),(3), Westbrook appeals the court's denial of her motion to dissolve the injunction entered on March 31, 2026, and denial of her motion to dismiss Petitioner Jason Leggitt's Complaint for Exoneration from or Limitation of Liability under the Limitation of Liability Act ("LOLA"). (Docket No. 38.)

"The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." Quintero v. Lemon, No. 1:23-CV-01196-BAM (PC), 2025 WL 3471774 (E.D. Cal. Dec. 3, 2025) (McAuliffe, J.) (quoting Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982)). Here, Westbrook's appeal concerns the core of Leggitt's LOLA action -- whether the court improperly "refused to dissolve" the injunction and "refused to dismiss" Leggitt's LOLA action as a matter of law. (Docket No. 38 at 1-2.) Because "the filing of a notice of interlocutory appeal divests the district court of jurisdiction over the particular issues involved in that appeal," the court must stay all proceedings in Leggitt's LOLA action. City of Los Angeles, Harbor Div. v. Santa Monica Baykeeper, 254 F.3d 882, 886 (9th Cir. 2001).

Accordingly, IT IS HEREBY ORDERED that all proceedings in this case are hereby STAYED pending final adjudication of Westbrook's interlocutory appeal, and all hearing dates are hereby VACATED. The parties shall file a joint status report within ten days after all proceedings in the Ninth Circuit have concluded.

Dated: October 1, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE